■ ALBERT CALI, JR., Appellant, v JOSEPH J. SAVINO et al., Respondents. [4 NYS3d 499]—Order, Supreme Court, Bronx

County (Wilma Guzman, J.), entered March 7, 2014, which granted defendants' motion to dismiss the complaint, unanimously reversed, on the law, without costs, and the motion denied.

The fiduciary duty claims here sound in fraud, and thus the two year discovery rule of CPLR 213 (8) applies to this action (*see Kaufman v Cohen,* 307 AD2d 113, 122 [1st Dept 2003]). Under the circumstances of this case, and at this pleading stage, it was error for the IAS court to conclude as a matter of law that the case was barred by the statute of limitations. Concur—Mazzarelli, J.P., Sweeny, DeGrasse, Feinman and Gische, JJ.